IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



**FILED**

SEP 27 2017

Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| HENRY VALERIO, JR., | CV 16-48-M-DLC-JCL |
| Plaintiff, | |
| vs. | ORDER |
| CONTINENTAL RESOURCES, INC., MIKE NEMITZ, and NORTH PLAINS CONSULTING SERVICES, INC. | |
| Defendants. | |

The parties herein, having stipulated to dismiss this case with prejudice,

each party to bear its own costs and attorneys' fees,

IT IS HEREBY ORDERED that the case is dismissed with prejudice, each

party to bear its own costs and attorneys' fees. The Clerk is directed to close this

file.

DATED this 27th day of September, 2017.

Jeremiah C. Lynch
United States Magistrate Judge

1